1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JESUS HERNANDEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) No. CR-08-008556 SBA
                                    )
12 |         Plaintiff,              ) **[ORDER FOR CONTINUANCE AND**
                                    ) **EXCLUSION OF TIME UNDER THE**
13 | vs.                             ) **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
                                    ) **SEQ.**
14 | JESUS HERNANDEZ                 )
                                    ) Current Date: January 24, 2012
15 |         Defendant.              ) Requested Date: February 14, 2012
   |_____)
16

17                         **ORDER**

18     Based on the reasons provided in the stipulation of the parties above, the court hereby

19  FINDS:

20     1. The ends of justice served by the granting of the continuance from January 24, 2012

21  until February 14, 2012 outweigh the best interests of the public and the defendant in a speedy

22  and public trial because additional investigation and review are necessary to the defense

23  preparation of the case, including gathering of records and legal research pertaining to alleged

24  criminal history.

25     Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

26  speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from January 24, 2012 until

Stip re: Continue and Exclude                1

1  February 14, **2012**.

2      IT IS FURTHER ORDERED that the STATUS HEARING date of January 24, 2012,

3  scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset

4  for February 14, **2012** at 10:00 a.m.

5  DATED:1/23/12

6                                     HON. SAUNDRA BROWN ARMSTRONG

7                                     UNITED STATES DISTRICT JUDGE

Stip re: Continue and Exclude          2