1  GEOFFREY A. HANSEN
Acting Federal Public Defender
2  JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3  555 - 12th Street
Suite 650
4  Oakland, CA 94607-3627
Telephone:  (510) 637-3500
5
Counsel for Defendant JESUS HERNANDEZ
6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )      No. CR-08-00556 SBA
                                           )
12              Plaintiff,                 )      **ORDER FOR CONTINUANCE AND**
                                           )      **EXCLUSION OF TIME UNDER THE**
13  vs.                                    )      **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
                                           )      **SEQ.**
14  JESUS HERNANDEZ                        )
                                           )      Current Date: February 17, 2012
15              Defendant.                 )      Requested Date: March 6, 2012
    _____)
16

17                               **ORDER**

18        Based on the reasons provided in the stipulation of the parties above, the court hereby

19  FINDS:

20        1. The ends of justice served by the granting of the continuance from January 17, 2012

21  until March 6, 2012 outweigh the best interests of the public and the defendant in a speedy and

22  public trial because additional investigation and review are necessary to the defense preparation

23  of the case, including gathering of records and legal research pertaining to alleged criminal

24  history.  Furthermore, continuity of counsel justifies the continuance, given a change of

25  government counsel.

26        Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

Stip re: Continue and Exclude                  1

1    speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from February 17, 2012 until

2    March 6, 2012.

3            IT IS FURTHER ORDERED that the STATUS HEARING date of February 17, 2012,

4    scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset

5    for March 6, 2010 at 10:00 a.m.

6    DATED:2/16/12

7                                              _____
                                               HON. SAUNDRA BROWN ARMSTRONG

8                                                  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip re: Continue and Exclude                      2