GEOFFREY A. HANSEN
Acting Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant JESUS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JESUS HERNANDEZ<br><br>          Defendant. | No. CR-08-00556 SBA<br><br>**ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET. SEQ.**<br><br>Current Date: March 6, 2012<br>Requested Date: March 27, 2012 |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from March 6, 2012 until March 27, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case, including reviewing newly produced discovery and researching the impact of a pending federal sentence on proposed outcomes.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from March 6, 2012 until March

[Proposed] Order re: Continue and Exclude          1

1  27, 2012.

2  IT IS FURTHER ORDERED that the STATUS HEARING date of March 6, 2012,

3  scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset

4  for March 27, 2010 at 10:00 a.m.

5  DATED:3/7/12

6  _____
   HON. SAUNDRA BROWN ARMSTRONG
7  UNITED STATES DISTRICT JUDGE