1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant Hernandez
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) No. CR-08-00556 SBA
                                         )
12 |             Plaintiff,              ) ORDER OF CONTINUANCE AND
                                         ) EXCLUSION OF TIME UNDER THE
13 | vs.                                 ) SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
                                         ) SEQ.
14 | JESUS HERNANDEZ,                    )
                                         )
15 |             Defendant.              )
   |_____)
16
                              **ORDER**
17
       Based on the reasons provided in the stipulation of the parties above, the court hereby
18
   FINDS:
19
       1. The ends of justice served by the granting of the continuance from the date of this
20
   Order until July 10, 2012 outweigh the best interests of the public and the defendant in a speedy
21
   and public trial because time is needed by the parties for participation in the Presentence
22
   Investigation.
23
       2. The proposed plea agreement is being submitted to the court and will be under
24
   advisement by the Court.
25
       3. Given the preparation of counsel and the Court's consideration of the proposed plea
26

                                          1

1  agreement, additional time is needed for effective preparation of counsel and consideration of the
2  plea agreement by the court.
3      Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
4  speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h) (7)(A) and (B)(iv) from the date of this
5  Order until July 10, 2012.
6      IT IS FURTHER ORDERED that a CHANGE OF PLEA/SENTENCING HEARING be
7  scheduled for July 10, 2012 at 10:00 a.m., before the Honorable Saundra Brown Armstrong.
8
9  DATED:4/13/12

    _____
   HON. SAUNDRA BROWN ARMSTRONG
   UNITED STATES DISTRICT JUDGE

2