STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00556 SBA |
| Plaintiff, | ORDER OF CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| vs. | |
| JESUS HERNANDEZ, | |
| Defendant. | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from the date of this Order until December 20, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial because additional time is needed for the parties to meet and confer regarding the Draft Presentence Report and there will be a change in defense counsel.

2. The proposed plea agreement has been submitted to the court and will be under advisement by the Court.

3. Given the preparation of counsel and the Probation Office and the Court's

1

1  consideration of the proposed plea agreement, additional time is needed for effective preparation
2  of counsel and consideration of the plea agreement by the court.
3      Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
4  speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h) (7)(A) and (B)(iv) from the date of this
5  Order until December 20, 2012.
6      IT IS FURTHER ORDERED that a CHANGE OF PLEA/SENTENCING HEARING be
7  scheduled for December 20, 2012 at 3:00 p.m., before the Honorable Saundra Brown Armstrong.

9  DATED:11/26/12

10                                          _____
                                            HON. SAUNDRA BROWN ARMSTRONG
11                                          SENIOR UNITED STATES DISTRICT JUDGE